IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HUGHES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-55J |
| | ) | |
| PUSHKALAI PILLAI, M.D.; J. VISINSKY; | ) | Judge Arthur J. Schwab/ |
| A. FOMEL; S. BURKE; J. BEARD; ANY | ) | Magistrate Judge Amy Reynolds Hay |
| OTHER MEMBER OF THE PA DOC, | ) | |
| BUREAU OF HEALTH CARE SERVICES, | ) | |
|     Defendants | ) | RE:  Dkt. Nos. [11], [14] & [18] |

## ORDER

AND NOW, this 20th day of August, 2007, after the plaintiff, Robert Hughes, filed an action in the above-captioned case, and after Plaintiff filed three motions for a preliminary injunction, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motions for preliminary injunction found at Dkt. Nos. [11], [14] and [18] are **DENIED**.

                                                      s/Arthur J. Schwab
                                                    ARTHUR J. SCHWAB
                                                    United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge
Robert Hughes
AR-4652
SCI Albion
10745 Route 18
Albion, PA 16475

All counsel of record by Notice of Electronic Filing